UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JOSHUA SPRINGER, on behalf of
Himself and others similarly situated

                Plaintiff,

  – against –

LIBERTY PEST SPECIALISTS, INC.,
d/b/a LIBERTY PEST CONTROL

                Defendants.
-----------------------------------------------------------X

Docket No.
15-CV-5883 (SJ) (MDG)

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs Joshua Springer, Christopher Zayas-Bazan, and Henry Sanchez, and Defendant Liberty Pest Specialists, Inc. d/b/a Liberty Pest Control, through their undersigned counsel that, whereas no aforementioned party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be, and the same is hereby, dismissed with prejudice and without costs to either party against the other.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and scanned PDF or facsimile copies shall be deemed to be originals.

Dated: March 9, 2017

_____
John Blyth, Esq.
Hach Rose Schirripa & Cheverie LLP
Attorney for Plaintiffs
185 Madison Avenue, 14th Floor
New York, New York 10016

Dated: March 9, 2017

_____
Jared Rosen, Esq.
Rosen Law LLC
Attorney for Defendant
216 Lakeville Road
Great Neck, New York 11020

**SO-ORDERED**

_____
Hon. Marilyn D. Go, United States Magistrate Judge